UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAUL RIVERA LEBRON, et al.
    Plaintiffs

        v.           Civil No. 98-1031(SEC)

CELLULAR ONE, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 29** Plaintiffs' "Informative Motion" | Plaintiffs' request to produce original documents is **MOOT**, as per **Dockets # 43, # 45 and # 48**. |
| **Docket # 33** "Plaintiffs' Motion Under Fed. R. Civ. P 60(B) to Request Opening Against CCPR, INC. d/b/a Cellular One" | Pursuant to Fed. R. Civ. P. 60(b)(7) and 28 U.S.C. § 1367(a), plaintiffs' motion is **GRANTED**, only for purposes of allowing them to claim against Cellular One under article 1802 of the Civil Code of Puerto Rico. |
| **Docket # 37** Cellular One, Inc.'s "Motion for Reconsideration" | **MOOT**, as per **Docket # 59**. |
| **Docket # 47** Cellular One, Inc.'s "Informative Motion and Motion Requesting Order" | Co-defendant's motion to strike plaintiffs' amended Case Management Memorandum is hereby **GRANTED**. |
| **Docket # 50** Professional Recoveries, Inc.'s "Informative Motion" | **MOOT**, as per **Docket # 47**. |





Civil No. 98-1031(SEC) 2

| MOTION | RULING |
|---|---|
| **Docket # 52** Plaintiffs' "Motion Requesting Extension of Time and Reply to Defendant CCPR Services, Inc. d/b/a Cellular One Motion" | **MOOT.** |
| **Docket # 53** Cellular One, Inc.'s "Informative Motion" | **MOOT.** However, the Court's Case Management Order of April 8, 1998 (**Docket # 10**) is hereby amended as follows:<br><br>Friday, October 22, 1999 — Conclusion of discovery<br>Friday, November 12, 1999 — Motions for summary judgment<br>Monday, December 6, 1999 — Pretrial and settlement report<br>Anytime after December 6, 1999 — Pretrial<br><br>**These deadlines are final and will not be extended by the Court, unless good cause is shown.** |
| **Docket # 54** Professional Recoveries, Inc.'s "Motion to Dismiss . . ." | **DENIED.** However, plaintiffs shall comply with Fed. R. Civ. P. 26(a)(2)(B) regarding their expert witness report by **Wednesday, October 13, 1999**. Furthermore, plaintiffs shall supplement their answers to interrogatories also by **Wednesday, October 13, 1999**. Failure to comply with this order may result in the dismissal of this action pursuant to Fed. R. Civ. P. 37(b)(2)C), 41(b), and Local Rules 114 and 313.3. |
| **Docket # 58** Cellular One, Inc.'s "Motion to Quash . . ." | Co-defendant's motion to quash is **MOOT**, as per **Docket # 59**. Co-defendant shall have until **Wednesday, October 13, 1999**, to answer the third-party complaint. |

DATE: September 30, 1999

SALVADOR E. CASELLAS
United States District Judge