# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

*Raúl Rivera-Lebrón, et. als.*
_____
Plaintiff(s)

Civil No. 98-1031 (SEC)

v.

*John Doe k/a Cellular One, et. als.*
_____
Defendant(s)

RECEIVED & FILED
99 NOV 18 AM 8:0[?]
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.[R.]

## DESCRIPTION OF MOTION

DATE FILED: Nov. 10, 1999   DOCKET #: 64   TITLE: Motion for Extension of Time to File Dispositive Motions and/or to Request Summary Judgement.

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[X] Defendant(s)

DISPOSITION:

[X] GRANTED   [ ] DENIED

[ ] NOTED   [ ] MOOT

## COMMENTS

Until December 7, 1999.

15 NOV 99
_____
DATE

SALVADOR E. CASELLAS
United States District Judge

