UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAUL RIVERA-LEBRON, et al.
   Plaintiffs

      v.                      Civil No. 98-1031(SEC)

CELLULAR ONE, et al.
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 70**<br>Trans Union de Puerto Rico, Inc.'s "Motion for Extension of Time to File an Opposition to Plaintiffs' Motion for Summary Judgment" | Moot. |
| **Docket # 72**<br>Plaintiffs' "Motion to Strike CCPR's Reply to Plaintiffs' Opposition to Dismiss & Plaintiffs' Motion for Summary Judgment" | Because paragraphs 1 through 9, inclusive, of defendant CCPR Services Inc.'s "Reply to Plaintiffs' Opposition to CCPR's Motion to Dismiss," etc. constitute a reply brief for which leave to file was not requested from the Court, they are hereby **STRICKEN** from the record pursuant to Local Rule 311.7. However, the Court will consider the remaining paragraphs of CCPR Services Inc.'s brief to the extent that they constitute an opposition to plaintiffs' motions for summary judgment (Docket # 68) and to have documents submitted in Spanish accepted pending translation (Dockets # 62 and # 67). Accordingly, plaintiffs' motion is **granted in part** and **denied in part**. |
| **Docket # 73**<br>Professional Recoveries, Inc.'s "Motion Requesting Extension of Time to File Pretrial and Settlement Report" | Moot. |
| **Docket # 74**<br>Trans Union de Puerto Rico, Inc.'s "Motion for Additional Extension of Time to File Dispositive Motions and/or to Request Summary Judgment" | Moot. |

Civil No. 98-1031(SEC)                                                                 2

| MOTION | RULING |
|---|---|
| **Docket # 77**<br>Professional Recoveries, Inc.'s "Motion Requesting Extension of Time to File Translations of Documents" | **Moot.** |
| **Docket # 79**<br>Professional Recoveries, Inc.'s "Motion Joining CCPR's 'Motion to Dismiss," etc. | **Granted.** |
| **Docket # 82**<br>Trans Union de Puerto Rico, Inc.'s "Motion for Additional Time to File Dispositive Motions and/or to Request Summary Judgment" | **Moot.** |
| **Docket # 84**<br>Trans Union de Puerto Rico, Inc.'s "Motion Joining C.C.P.R.'s Motion to Dismiss," etc. | Trans Union's request to join the motions filed by CCPR Services, Inc. is **granted**. Its request for attorney's fees is **denied**. |

DATE: February *16*, 2000

SALVADOR E. CASELLAS
United States District Judge

