# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| RAUL RIVERA LEBRON, et al. | * | |
| | * | |
| Plaintiffs | * | **Civil No. 98-1031(SEC)** |
| | * | |
| v. | * | |
| | * | |
| CELLULAR ONE, et al. | * | |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| TRANS UNION DE PUERTO RICO, INC. | * |
| | * |
| Defendant/Third Party Plaintiff | * |
| | * |
| v. | * |
| | * |
| CELLULAR ONE | * |
| | * |
| Defendant/Third Party Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

Pursuant to the opinion an order of even date, this case is here dismissed with prejudice as to defendants Professional Recoveries, Inc. and Trans Union de Puerto Rico, Inc. Furthermore, this action is hereby dismissed without prejudice as to Cellular One. Judgement is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this _17_ day of February, 2000.

SALVADOR E. CASELLAS
United States District Judge